| | |
|---|---|
| DATE: | 9/15/2016 |
| LOCATION: | TYLER |
| JUDGE: | John D. Love |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | Nathan Manley |
| INTERPRETER: | |
| START TIME: | 3:03 |
| END TIME: | 3:09 |

CASE NUMBER 6:14-CR-00063-MHS

UNITED STATES OF AMERICA,

V.

JEREMY CHAD TIDWELL (1),

Mary Ann Cosby / Greg Waldron

## INITIAL APPEARANCE ON VIOLATION OF PRETRIAL RELEASE

| | | | |
|---|---|---|---|
| ✓ | Initial Appearance called | ✓ | Initial Appearance held |
| ✓ | Dft appears with counsel | ☐ | Dft appears without counsel |
| ☐ | Date of Arrest: | ☐ | Dft's first appearance with counsel |
| ✓ | Dft advised of charges | ☐ | Dft advised of right to counsel |
| ☐ | Dft advised of maximum penalties | ✓ | Dft advised of right to remain silent |
| ☐ | Dft request appointed counsel, is sworn & examined re: financial status | ☐ | Court finds Dft eligible and appoints: |
| ✓ | Gvt Oral Motion for Detention | ✓ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ✓ | D sworn |
| ☐ | Waiver of Detention | | |
| ✓ | Order of Temporary Detention | ✓ | Detention Hearing set for: 9/28 @ 1:30 |
| ☐ | Order of Detention | ☐ | Preliminary Hearing set for: |
| ✓ | Dft remanded to custody of the US Marshal | | |